**EXHIBIT A**

EXHIBIT A



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CAVALRY SPV I, LLC | **File Number** | 03444384 |
| **Status** | ACTIVE | **On** | 01/29/2015 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 02/14/2011 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 02/14/2011 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 500 SUMMIT LAKE DR #400 VALHALLA, NY 105951340 |
| **Agent City** | CHICAGO | **Management Type** | MBR View |
| **Agent Zip** | 60604 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 01/29/2015 | **For Year** | 2015 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT B**

EXHIBIT B

Print this Listing

3/13/2015    **Illinois Division of Professional Regulation**    3:38:59 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Cavalry SPV I LLC**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | 017021627 | ACTIVE | Valhalla, NY | 05/29/2012 | 05/31/2015 | N |

Page 1

**EXHIBIT C**

EXHIBIT C



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CAVALRY PORTFOLIO SERVICES, LLC | **File Number** | 00751626 |
| **Status** | ACTIVE | **On** | 06/05/2014 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 07/29/2002 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 07/29/2002 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 4050 E COTTON CTR BLDG 2 STE20 PHOENIX, AZ 85040 |
| **Agent City** | CHICAGO | **Management Type** | MGR View |
| **Agent Zip** | 60604 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 06/05/2014 | **For Year** | 2014 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT D**

Print this Listing

3/13/2015    **Illinois Division of Professional Regulation**    3:36:49 PM

**SEARCH FOR LICENSEE BY PROFESSION:**
**Collection Agency, Licensed**
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Cavalry portfolio Service**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SERVICES LLC | | 017020762 | ACTIVE | PHOENIX, AZ | 08/24/2004 | 05/31/2015 | N |

Page 1

**EXHIBIT E**

. 321608

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

Cavalry SPV I, LLC,         )
                             )
      Plaintiff,       )
                             )
   vs.                  )
                             )
MONIKA H CARNEY,    )
                             )
      Defendant.    )

**14M1   114970**

No.

Return Date: ___**APR 2 1 2014**___

Amount Claimed: $22,717.57, Plus court costs

## COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, by and through their attorneys, Law Office of Keith S. Shindler, Ltd., and complaining of the Defendant(s), states as follows:

1. The Defendant(s) MONIKA H CARNEY, opened a credit card or line of credit account on 10/18/2005 whereby Defendant(s) received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant(s) subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $22,717.57.

3 For valuable consideration, Cavalry SPV I, LLC is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant(s) to pay the amount(s) due and owing and the Defendant(s) has failed to do so.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s) for $22,717.57 plus court costs.

LAW OFFICE OF KEITH S. SHINDLER, LTD
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
ARDC #: 6202882

Keith Shindler ARDC 6202882
Michael Joyce ARDC 6298460
Evelina Maziarz ARDC 6309634
Anthony Frank ARDC 6305951
Keith Barnstein ARDC 6299044

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.



321608

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC

vs.

MONIKA H CARNEY

I, Eileen Fitzgerald, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, MONIKA H CARNEY, the account holder(s), opened an account with FIA Card Services, NA/Bank of America on 10/18/2005, which account became delinquent and was charged off on 9/30/2011 (the "Account").

4. As of 1/14/2014, the principal balance due and owing by the account holder(s) on the account was $22,717.57. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 6/27/2013 .

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, Cavalry SPV I, LLC received copies of electronic business records from FIA Card Services, NA/Bank of America, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 2/10/2014

_____
Legal Administrator

_____
Notary Public, State of New York

Law Office of Keith Shindler, Ltd.
18534744

**Eddy Martinez**
Notary Public - State of New York
No. 01MA6268052
Qualified in Westchester County
Commission Expires August 27, 2016



**EXHIBIT F**

EXHIBIT F

321608

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS   ,   STA
MUNICIPAL DEPARTMENT, FIRST DISTRICT

Cavalry SPV I, LLC
    Plaintiff (s)             )
    Vs.                  )
                         )   No. 14-M1-114970
MONIKA H CARNEY         )   THIS IS AN ATTEMPT TO COLLECT A
                         )   DEBT. ANY INFORMATION OBTAINED
    Defendant(s)          )   WILL BE USED FOR THAT PURPOSE.

## ORDER

PRESENT BEFORE COURT: ____ PLAINTIFF __X__ PLAINTIFF'S COUNSEL ____ DEFENDANT ☒ DEFENDANT'S COUNSEL

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised, IT IS HEREBY ORDERED that:

4957 ____ MOTION TO VACATE DWP of _____ is GRANTED
5957 ____ _____ is DENIED
4957 ____ MOTION TO VACATE DEFAULT JUDGMENT OF _____ is GRANTED, AND.
4482 ____ THIS CAUSE IS SET FOR TRIAL ON _____ AT 9:30 AM IN ROOM1104.
4957 ____ THIS CAUSE IS SET FOR STATUS ON _____ AT 9:30 AM IN ROOM 1104 as to status of
        Defendant's BK_____ status as to Settlement_____ Final Status_____.
4257 ____ THIS CAUSE IS SET FOR PROVE-UP ON _____ AT 9:30 AM IN ROOM 1104 Plaintiff to
        produce _____ proof of service ___ Bill of Sale ____ Military service aff
( ) ____ MOTION TO/FOR _____ IS CONTINUED
( ) ____ FOR HEARING AT _____ P.M. ON _____ IN ROOM 1104.
4213 ____ ALIAS SUMMONS TO ISSUE FOR _____.
4292 ____ FILE AMENDED COMPLAINT VERSUS _____.
4232 ____ ANSWER OR OTHERWISE PLEAD WITHIN _____ DAYS.
8011 ☒ CASE DISMISSED/NO COSTS,
        [ ] WITHOUT PREJUDICE WITH LEAVE TO REINSTATE AND ENTER JUDGMENT UPON DEFAULT OF
        PAYMENT PLAN FOR THE FULL AMOUNT CLAIMED IN THE ORIGINAL COMPLAINT MINUS CREDIT FOR
        PAYMENTS MADE
        [ ] WITHOUT PREJUDICE WITH LEAVE TO RE-FILE ____ BK 7 ____ BK 13
        ☒ WITH PREJUDICE
4219 ____ X-PARTE DEFAULT JUDGMENT IN FAVOR OF Cavalry SPV I, LLC AND AGAINST ____ MONIKA H CARNEY &
        ____ FOR $22,717.57 PLUS
4293 ____ COSTS VERSUS ____ MONIKA H CARNEY & ____.
8001 ____ JUDGMENT IS ENTERED BY AGREEMENT FOR $22,717.57 VERSUS____ MONIKA H CARNEY & ____.
9207 ____ IT BEING FURTHER AGREED THAT INSTALLMENT PAYMENTS BE MADE AS FOLLOWS:
        _____ PER _____ BEGINNING _____ UNTIL $22,717.57 PLUS COSTS IS PAID.
4285 ____ VACATE INSTALLMENT ORDER OF _____ IS GRANTED, PRIOR JUDGMENT TO STAND.
4957 ____ VACATE DISMISSAL OF _____ IS GRANTED AND CASE IS REINSTATED.
9208 ____ THE COURT FINDS NO JUST REASON FOR DELAY IN ENFORCEMENT OR APPEAL OF THIS JUDGMENT.
( ) ____ STRIKE STATUS___PROVE-UP_____ TRIAL___ DATE OF _____.
( ) ____ PLAINTIFF TO SEND NOTICE OF FUTURE COURT DATE/ DOCUMENTATION TO DEFENDANT.
( ) ____ DEFENDANT ADVISES THE COURT HE/SHE MAY FILE FOR BANKRUPTCY BUT HAS NOT RETAINED AN ATTOR... **Associate Judge**
( ) ____ DEFENDANT REQUESTS THAT THIS CASE BE KEPT IN THIS MUNICIPAL DISTRICT **Israel A. Desierto**

   X   *Plaintiffs Motion to dismiss is withdrawn*

                         SEP 15 2014
                ENTERED:

                         Circuit Court - 1908
                         _____
                             JUDGE

The Shindler Law Firm, ID # 27053
Attorney for Plaintiff
1990 E. Algonquin Rd., Suite 180
Schaumburg, IL 60173
(847) 537-1000



**EXHIBIT G**

EXHIBIT G

 FreeCreditReport.com

# Monika H Carney's
# 3/3/2015 Experian Credit Report with Scores

### Accounts (cont.)



**CAVALRY PORTFOLIO SERV (800) 501-0909**

| | |
|---|---|
| Account Name: | CAVALRY PORTFOLIO SERV |
| Account #: | 1853XXXX |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| Account Type: | Collection Account |
| Balance: | $22718 |
| Date Open: | 06/01/2013 |
| Last Updated: | 08/01/2013 |
| Account Status: | - |
| Terms: | 1 Month |
| Phone #: | (800) 501-0909 |
| Address: | PO BOX 27288 |
| Ownership: | |
| Original Creditor: | FIA CARD SERVICES N.A. |
| Company Sold-to: | - |
| Credit Limit: | - |
| Monthly Payment: | - |
| Past Due Amount: | $22718 |
| High Balance: | - |
| Balloon Payment: | - |
| Comments: | |

**24-Month Payment History**

| | 2013 | | | | | | | | | 2014 | | | | | | | | | | | | 2015 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
| Experian | | | | | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP | FP |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |